**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) vs. ) | 2:11-cr-00190-PMP-CWF |
| ) GREGORY LEWIS, ) | |
| ) Defendant. ) | **ORDER** |

On March 28, 2012, the Federal Public Defender was appointed to represent Gregory Lewis. The Court was advised that a conflict exists by motion (doc. 32). The Court granted the motion on December 18, 2012 (doc. 33) and ordered that new counsel be appointed..

Accordingly, IT IS HEREBY ORDERED that Daniel J. Albregts, Esq. is APPOINTED as counsel for Gregory Lewis in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Albregts forthwith.

DATED this 26th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE