# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-190-PMP-(CWH) |
| GREGORY LEWIS, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO GREGORY LEWIS**

On August 12, 2013, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant GREGORY LEWIS to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 43; Plea Agreement, ECF No. 44; Amended Preliminary Order of Forfeiture, ECF No. 49.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant GREGORY LEWIS.

DATED this 9th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE