# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )   2:11-CR-190-PMP-(CWH)
                                         )
GREGORY LEWIS,                           )
                                         )
            Defendant.                   )

# FINAL ORDER OF FORFEITURE

On August 12, 2013, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant GREGORY LEWIS to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant GREGORY LEWIS pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 43; Plea Agreement, ECF No. 44; Amended Preliminary Order of Forfeiture, ECF No. 49.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 16, 2013, through September 14, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 50.

. . .

1     This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

    This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    1.   a Ruger P94 9mm semi-automatic handgun, bearing serial number 308-23524;

    2.   a Smith and Wesson Airweight .357 handgun, bearing serial number SCA8002; and

    3.   any and all ammunition.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

    The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

    DATED this 12 day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on March 11, 2014, by the below identified method of service:

<u>Electronic Filing</u>

Daniel J. Albregts
Daniel J. Albregts, Esq.
601 S. 10th St., Suite 202
Las Vegas, NV 89101
albregts@hotmail.com
Counsel for Gregory Lewis

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal